JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Centex Homes,<br><br>         Plaintiff,<br><br>    v.<br><br>American International Specialty Lines Ins. Co., et al.,<br><br>         Defendant(s). | SACV 12-02237 JVS (MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:    June 28, 2013

_____
James V. Selna
United States District Judge